**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 08-7250**

————————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

ANSON DIAZ LAWRENCE,

                Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry Coke Morgan, Jr., Senior District Judge. (2:00-cr-00052-HCM-1)

————————

Submitted: January 7, 2009       Decided: February 5, 2009

————————

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Anson Diaz Lawrence, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anson Diaz Lawrence appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find the district court did not abuse its discretion in denying the motion. See United States v. Goines, 357 F.3d 469, 478 (4th Cir. 2004) (motion under § 3582(c) "is subject to the discretion of the district court"); United States v. Legree, 205 F.3d 724, 727 (4th Cir. 2000). Thus, we affirm the district court's order for the reasons stated there. See United States v. Lawrence, No. 2:00-cr-00052-HCM-1 (E.D. Va. June 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED